## SECOND DISTRICT.

Charles E. Smith, appellee, v. Frank C. Bellrose, appellant. Gen. No. 6,873.

Assumpsit upon a lease. Judgment for plaintiff. Appeal from the Circuit Court of LaSalle county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed October 25, 1922.

L. O. Browne and H. M. Kelly, for appellant; Charles E. Woodward, of counsel. L. W. Brewer and Butters & Clark, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

W. R. Hunter, appellant, v. Frank Belleau, appellee. Gen. No. 7,013.

Action to recover damages alleged to have been sustained by collision between plaintiff's and defendant's automobiles. Judgment for defendant. Appeal by plaintiff from the Circuit Court of Kankakee county; the Hon. A. W. DeSelm, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed October 25, 1922. Rehearing denied April 4, 1923.

C. M. Clay Buntain and A. L. Granger, for appellant. Henry F. Ruel, Kenworthy, Dietz & Shallberg and Harper & Sinnett, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

David Sterling Bevier, defendant in error, v. M. L. Hay, trustee, plaintiff in error. Gen. No. 7,050.

Suit to compel trustees under a will to pay a trust fund left by plaintiff's father to be paid to plaintiff if he should permanently quit the use of intoxicating liquor. Decree for plaintiff. Error to the Circuit Court of Stark county; the Hon. T. N. Green, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed October 25, 1922.

James H. Andrews and Martin E. O'Connor, for plaintiff in error. James H. Rennick, for defendant in error.

Mr. Presiding Justice Jones delivered the opinion of the court.